UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESSIE TATE INDIVIDUALLY AND ANF E.D., A MINOR<br>*Plaintiffs* | § § § § | |
| V. | § § | CIVIL ACTION NO. 7:23:CV-369<br>(Hon. Randy Crane) |
| JAGTAR SINGH JANDU, SATBIR SINGH RANDHAWA AND SINGH TRANS<br>*Defendants* | § § § § | |
| JUDY GARZA<br>*Intervenor Plaintiff* | § § § | |
| V. | § § | |
| JAGTAR SINGH JANDU, SATBIR SINGH RANDHAWA, INDIVIDUALLY AND DBA SINGH TRANS, AND SINGH TRANS<br>*Intervenor Defendants* | § § § § § | |

**DEFENDANTS JAGTAR SINGH JANDU, SATBIR SINGH RANDHAWA AND SINGH TRANS' FIRST AMENDED ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Come now Defendants, Jagtar Singh Jandu, Satbir Singh Randhawa, and Singh Trans (hereinafter "Defendants"), and pursuant to Federal Rule of Civil Procedure 8(b), file the following First Amended Answer in the above-entitled and numbered cause in response to Plaintiff's Original Petition.

**A. PARTIES, DISCOVERY LEVEL, VENUE AND JURISDICTION**

1. In response to Paragraph 1, Defendants lack information to form a belief as to the truth of the allegations made in Paragraph 1 of Plaintiff's Petition.

2. In response to Paragraph 2, Defendants lack information to form a belief as to the truth of the allegations made in Paragraph 1 of Plaintiff's Petition.

3. In response to Paragraph 3, Defendants admit Jagtar Singh Jandu is a California resident and has been served with process.

4. In response to Paragraph 4, Defendants admit, Satibir Singh Randhawa is a California resident and has been served with process.

5. In response to Paragraph 5, Defendants admit Singh Trans is a company doing business in Texas and it has been served with process. Defendants deny that Singh Trans maintains its principle place of business in Texas.

6. In response to Paragraph 6, Defendants deny Plaintiff's request to conduct discovery under a Level III Discovery Plan. Defendants assert the parties must develop a proposed discovery plan under Federal Rule of Civil Procedure 26(f)(2) and 26(f)(3).

7. In response to Paragraph 7, Defendants deny the allegations contained in this paragraph and lack sufficient information to form a belief about the truth of the allegations regarding the amount of damages Plaintiff alleges.

8. In response to Paragraph 8, Defendants deny venue is proper in Hidalgo County. Defendants assert the Federal Rules of Civil Procedure govern these events or omissions giving rise to this lawsuit which allegedly occurred in Hidalgo County, Texas.

9. In response to Paragraph 9, Defendants deny venue is proper in Hidalgo County. Defendants assert the Federal Rules of Civil Procedure govern these events or omissions giving rise to this lawsuit which allegedly occurred in Hidalgo County, Texas.

### B. FACTUAL ALLEGATIONS

10. In response to Paragraphs 10 and 11 of Plaintiff's Petition, Defendants admit

Defendant Jandu was traveling north bound in the outer lane of South Jackson Road, Pharr, Hidalgo County, Texas. Defendants deny all other allegations contained in Paragraphs 10 and 11.

### C. CAUSES OF ACTION AND DAMAGES

11. Defendants deny the allegations in Paragraph 12 of Plaintiff's Original Petition.

12. Defendants deny the allegations in Paragraph 13 of Plaintiff's Original Petition.

13. Defendants deny the allegations in Paragraph 14 of Plaintiff's Original Petition.

14. Defendants deny the allegations in Paragraph 15 of Plaintiff's Original Petition.

15. Defendants lack sufficient knowledge or information to form a belief about the truth of Paragraph 16 as to Plaintiff's claims for damages. Defendants deny Plaintiff is entitled to the relief described in Paragraph 16.

16. Defendants lack sufficient knowledge or information to form a belief about the truth of Paragraph 17 as to Plaintiff's claims for damages. Defendants deny Plaintiff is entitled to the relief described in Paragraph 17.

17. Defendants lack sufficient knowledge or information to form a belief about the truth of Paragraph 18 as to Plaintiff's claims for damages. Defendants deny Plaintiff is entitled to the relief described in Paragraph 18.

18. Defendants deny the allegations in Paragraph 19 of Plaintiff's Original Petition.

19. Defendants lack sufficient knowledge or information to form a belief about the truth of Paragraph 20 as to Plaintiff's claims for damages. Defendants deny Plaintiff is entitled to the relief described in Paragraph 20.

20. Defendants lack sufficient knowledge or information to form a belief about the truth of Paragraph 21 as to Plaintiff's claims for damages. Defendants deny Plaintiff is entitled to the relief described in Paragraph 21.

21. Defendants lack sufficient knowledge or information to form a belief about the truth of Paragraph 22 as to Plaintiff's claims for damages. Defendants deny Plaintiff is entitled to the relief described in Paragraph 22.

### D.  REQUEST FOR JURY TRIAL

22. The Request for Jury Trial does not require an admission or denial from Defendants. Defendants deny the request is proper pursuant to Rule 216 of the Texas Rules of Civil Procedure. Defendants assert the Federal Rules of Civil Procedure govern these events and any request for jury trial.

### E.  STATEMENT PURSUANT TO TRCP 47

23. Defendants deny the allegations contained in Paragraph 24 as to Plaintiff's claim for damages. Defendants deny Plaintiff is entitled to the relief described in Paragraph 24.

### F.  MISNOMER/ALTER EGO

24. Paragraph 25 does not require an admission or denial from Defendants. If further response is required, Defendants deny the allegations contained in Paragraph 25 of Plaintiff's Original Petition.

### G.  PRAYER

25. Paragraph 26 does not require an admission or denial from Defendants. If further response is required, Defendants deny the allegations contained in Paragraph 26 of Plaintiff's Original Petition.

### H.  AFFIRMATIVE DEFENSES

26. Defendants invoke the doctrine of comparative fault under applicable law and assert that any injuries or damages to Plaintiffs were caused, in whole or in part, by the comparative negligence of Jessie Tate Individually and As Next Friend of Ellie Delgado, a Minor.

27. Defendants further plead that Plaintiffs' damages, if any, were the result of pre-existing and/or subsequent conditions, illnesses, diseases and/or injuries which were not caused by the accident made the subject of this suit, and for which Defendants are not liable.

28. Defendants further plead that Plaintiffs' right to recover medical expenses is limited by the provisions of the Texas Civil Practice and Remedies Code § 41.0105. Recovery of medical or health expenses incurred by Plaintiff is limited to the amount actually paid or incurred by or on behalf of the Plaintiffs.

29. Defendants reserve the right to assert such other defenses as continuing investigation and discovery may reveal, and the right to amend or supplement this Answer at any time.

### I. JURY DEMAND

30. Defendants demand a trial by jury.

### J. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that all relief requested by Plaintiffs be denied, that Plaintiffs take nothing by their suit, that judgment be rendered in favor of Defendants, and for all other relief, legal or equitable, to which this Defendant is justly entitled.

Respectfully submitted,

RAY PEÑA McCHRISTIAN, PC
9601 McAllister
Suite 901
San Antonio, Texas 78216
Telephone: 210-820-8440
Facsimile: 210-341-3557

By:_____
R. MATT LAIR
State Bar No. 11795410
mlair@raylaw.com

ATTORNEY FOR DEFENDANTS, JAGTAR SINGH JANDU, SATBIR SINGH RANDHAWA AND SINGH TRANS

## CERTIFICATE OF SERVICE

I certify that on May 20, 2024, a true and correct copy of the foregoing document was served upon all counsel of record in the manner described below:

Tijerina Legal Group, P.C.
Humberto Tijerina, III
Gerardo L. Garcia, Jr.
Derek Salinas
1200 S. 2nd St., Ste. 4A
McAllen, Texas  78501
TijerinaLit@tlegalgroup.com
*Attorneys for Plaintiff*

Sergio S. Garza Law Firm PLLC
Sergio S. Garza
809 E. Esperanza, Suite A
McAllen, Texas  78501
Sergio@sergio.law
office@sergio.law
*Attorneys for Intervenor Judy Garza*

_____
R. MATT LAIR